FILED

APR  2008

CLERK
NORTHERN

C. MSA Pretrial, affects

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
      Plaintiff,
vs.
EMILIA VASQUEZ, et al.,
      Defendants.

NO. CR 02-20085-JF (PVT)

[PROPOSED] ORDER

_____ Good cause appearing and upon stipulation of the parties, and with the consent of Pre-Trial Services it is hereby ordered that the terms of release for defendant Emilia Vasquez maybe modified to permit her to travel to Guadalajara Jalisco, Mexico from April 25, 2008 through May 6, 2008. Defendant Emilia Vasquez shall provide an itinerary for this travel to her Pre-Trial Services Officer prior to departing and shall notify said officer upon her return. All other terms and conditions of said defendant's release remain unchanged.

Date: 4/9/08

United States Magistrate Judge